IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SUSIE COBB,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv675-ID |
| | )                (WO) |
| **D.T. MARSHALL, individually and in his official capacity as Sheriff of Montgomery County, Alabama,** | ) ) ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

Upon CONSIDERATION of Defendant's motion to dismiss amended complaint (Doc. No. 11), it is ORDERED that Plaintiff show cause, if any there be, on or before April 18, 2007, why said motion should not be granted.

DONE this 10th day of April, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE