IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUSIE COBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv675-ID |
| | )                (WO) |
| D. T. MARSHALL, individually and in his | ) |
| official capacity as Sheriff of Montgomery | ) |
| County, Alabama, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby ENTERED in favor of Defendant D. T. Marshall and against Plaintiff Susie Cobb, and that Plaintiff take nothing by her said suit.

It is further CONSIDERED and ORDERED that all costs herein incurred be and the same are hereby TAXED against Plaintiff, for which let execution issue.

Done this 27th day of July, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE